THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 21-CR-30061-NJR-1 |
| TIMOTHY P. MAYER, | ) ) ) |
| Defendant. | ) |

**STIPULATION OF FACTS**

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois through Scott A. Verseman, Assistant U.S. Attorney for this District and herewith enter into the following Stipulation of Facts with the Defendant, Timothy P. Mayer, represented by his attorney, Justin A. Kuehn, pertaining to the conduct of the Defendant charged in the Information in this case and the relevant conduct of the defendant within the scope of U.S.S.G. § 1B1.3.

1. Defendant Timothy P. Mayer was employed by Jung Truck Service, Inc. ("Jung Truck"). Jung Truck was a trucking business headquartered in Mascoutah, Illinois. In addition to its trucking and warehouse operations, Jung Truck provided maintenance and repair services for other trucking companies.

2. Jung Truck owned and operated a container yard in East St. Louis, Illinois. Defendant was the manager of Jung Truck's container yard in East St. Louis.

3. As the manager of Jung Truck's East St. Louis facility, defendant had the authority to purchase replacement parts and tires necessary for the repair and maintenance of Jung Truck's equipment.

4. Jung Truck maintained at least two different accounts with Pomp's Tire Service ("Pomp's). Among other goods and services it provided, Pomp's was a retail seller of tires.

1

5. Jung Truck maintained an account with Pomp's that ended in the numbers 1475. This account was for the purchase of specialty tires used by Jung Truck, such as tires for forklifts and other types of lifts and equipment.

6. Jung Truck maintained a second account with Pomp's that ended in the numbers 7079. This account was used to purchase tires that Pomp's placed on its trucks, trailers, and on the trucks and trailers of at least one other trucking company for which Jung provided maintenance and repairs.

7. One of the trucking companies for which Jung Truck provided maintenance purchased tires on its own and then provided those tires to Jung Truck to be placed on its vehicles as needed. Jung Truck maintained an inventory of tires provided by this customer.

8. During the course of its routine business operations, Jung Truck mailed checks to its suppliers and vendors to pay invoices and bills.

9. From at least July 24, 2019, through at least May 19, 2020, defendant knowingly devised and engaged in a scheme to defraud Jung Truck, and to obtain money, funds, credit, and property owned by, and under the custody and control of, Jung Truck Service, by means of materially false and fraudulent pretenses, representations, and promises.

10. Defendant fraudulently purchased more than $550,000 worth of tires from Pomp's by charging those tires to Jung Truck's account ending in 1475. Defendant then sold those tires to an associate and pocketed the sales proceeds. Pomp's invoiced Jung Truck for those tires and Jung Truck paid those invoices.

11. Defendant fraudulently purchased more than $40,000 worth of tires from Pomp's by charging those tires to Jung Truck's account ending in 7079. MAYER then sold those tires to

an associate and pocketed the sales proceeds. Pomp's invoiced Jung Truck for those tires and Jung Truck paid those invoices.

12. Defendant took more than $4,000 worth of tires from the inventory that had been provided by the customer of Jung Truck to be placed on its vehicles. Defendant then sold those tires to an associate and pocketed the sales proceeds.

13. Defendant took more than $800 worth of brakes from Jung Truck's inventory. Defendant then sold those brakes and pocketed the sales proceeds.

14. On November 7, 2019, at Mascoutah, in St. Clair County, Illinois, for the purpose of executing the scheme to defraud, defendant knowingly caused an employee of Jung Truck to place an envelope in an authorized depository for mail for the purpose of having that envelope be delivered by the United States Postal Service. That envelope contained a check drawn on the bank account of Jung Truck, in the amount of $2,788.96, payable to Pomp's, which check constituted a payment for eight 295/75R22 . 5/14 Hankook TL21 Tires, which defendant had fraudulently ordered and charged to Jung Truck's account.

All in violation of Title 18, United States Code, Section 1341.

SO STIPULATED:

_____
TIMOTHY P. MAYER
Defendant

_____
JUSTIN A. KUEHN
Attorney for Defendant

Date: 5-4-21

STEVEN D. WEINHOEFT
United States Attorney

_____
SCOTT A. VERSEMAN
Assistant United States Attorney

Date: May 4, 2021